BARBARA ROSENBERG, Respondent, v. JACOB ROSENBERG, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FRED H. TUCKER, Respondent, v. CORA BRAE USSING, Appellant, Impleaded with THRIFT HOMES, INC., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

PAULINE WAGNER, an Infant, by ELIZABETH WAGNER, Her Guardian ad Litem, Respondent, v. HYGRADE MONUMENT WORKS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

HENRY WEINER and Another, Respondents, v. ANTHONY B. CAWLEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Young and Kapper, JJ., concur; Rich and Manning, JJ., dissent.

WILLIAMSBURGH SAVINGS BANK, Plaintiff, v. LYDIA E. GILMORE and Others, Appellants. STUARD HIRSCHMAN, Respondent.— Orders of the County Court of Queens county affirmed, without costs. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

MAKS WEISS, Respondent, v. S. A. SINGER & Co., Defendant, and L. S. SILVERSTEIN CO., INC., Appellant.— Motion to dismiss original appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

APEX METAL WEATHER STRIP COMPANY, Appellant, v. ABRAM LEVY, Respondent.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

DANIEL L. BAKER, Respondent, v. KRENTZMAN KNITTING MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FOSTER R. BOWLBY and Another, as Executors, etc., of GEORGE M. BOWLBY, Deceased, Appellants, v. JOHN ENNIS McQUAIL, Respondent.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. We think, in view of the decision of this court on the former appeal (208 App. Div. 818), that the issue presented by the answer as amended should be tried. Kelly, P. J., Young and Kapper, JJ., concur; Rich and Kelby, JJ., dissent, and vote to grant judgment for the plaintiffs.